**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**FILED**

AUG 3 0 2018

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA

v.

JEREMY SMITH,

        **Defendant.**

Criminal No. *1:18-CR-43*

Violations:  18 U.S.C. § 2252A(a)(5)(b)
              18 U.S.C. § 2252A(b)(2)

---

## INFORMATION

The U.S. Attorney charges:

## COUNT ONE

(Possession of Child Pornography)

On or about March 8, 2018, in Harrison County, in the Northern District of West Virginia, defendant, **JEREMY SMITH,** did knowingly possess a computer disk and other material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate commerce, and which were produced using materials that had been shipped and transported in interstate and foreign commerce by any means, and which involved a pre-pubescent minor and a minor who had not attained 12 years of age, in violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

WILLIAM J. POWELL
United States Attorney