```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**    //    **CRIMINAL ACTION NO. 1:18cr43**
                            **(Judge Keeley)**

**JEREMY SMITH,**

       **Defendant.**

**ORDER REFERRING PLEA TO INFORMATION TO MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code § 636(b)(1) and for reasons appearing to the Court, the Court **REFERS** this action to the Honorable Michael J. Aloi, United States Magistrate Judge, who is hereby designated and authorized to consider the record and the information and proposed plea agreement filed in the case. In considering these matters, the Magistrate Judge shall conduct a hearing and enter into the record a written report and recommendation memorializing the disposition of the defendant's guilty plea.

**IT IS FURTHER ORDERED THAT** the period, from the filing of the information and plea agreement through the disposition of the plea shall be excluded for the purposes of the speedy trial requirements pursuant to 18 U.S.C. §3161 (h)(1)(G).

The Court directs the Clerk to transmit copies of this order of referral to counsel of record and to the Honorable Michael J. Aloi, United States Magistrate Judge.

DATED: August 30, 2018

                                                   /s/ Irene M. Keeley
                                                   IRENE M. KEELEY
                                                   UNITED STATES DISTRICT JUDGE