AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF WEST VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.: 1:18-CR-43 |
| Jeremy Smith | ) | |
| *Defendant* | ) | |

FILED

OCT  5 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____October 5, 2018_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Todd F. LaNeve
*Printed name of defendant's attorney*

_____
*Judge's signature*

MICHAEL JOHN ALOI, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*