# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Criminal Action No.:  1:18-CR-43 (JUDGE KEELEY) |
| **JEREMY SMITH,** | |
| **Defendant**. | |

## BOND REVOCATION ORDER

On February 13, 2019, came the United States of America ("Government"), by Traci Cook, Assistant United States Attorney, and also came the Defendant, in person and by counsel, Todd F. La Neve, for a hearing on the Petition for Action on Conditions of Pretrial Release, in accordance with 18 U.S.C. § 3148 and the Bail Reform Act, 18 U.S.C. § 3142(f).  The Probation Officer was also present.

On October 5, 2018, the defendant, Jeremy Smith, was placed on Pretrial Release under various conditions.  On January 22, 2019, the Probation Office filed a petition with the court recommending action based upon alleged violations of the terms of defendant's pretrial release.  At the hearing, the Pretrial Services Officer testified regarding the petition and the alleged violations contained therein.

Based on the evidence presented, the Court finds that there is clear and convincing evidence that the defendant has violated conditions of release and that the defendant is unlikely to abide by any condition or combination of conditions of release.  Accordingly, it is hereby **ORDERED** that Defendant's pretrial bond is **REVOKED**, the Government's Motion to Detain (ECF No. 27) is

1

**GRANTED**, and Defendant is **REMANDED** to the custody of the United States Marshal Service. The Court further **ORDERS** that:

1. The Defendant is hereby remanded to the custody of the United States Marshal pending further proceedings in this case;

2. The Defendant be confined in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel;

4. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding; and

5. Any Party seeking revocation or amendment of this Order shall file a motion pursuant to 18 U.S.C. §3145.

The Court directs the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**ENTERED: February 13, 2019**

    *nunc pro tunc*

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE